JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG RICHTER, <br><br> Plaintiff, <br><br> v. <br><br> GOLETA UNION SCHOOL DISTRICT, <br><br> Defendant. | Case No. CV 10-07609 DMG (JEMx) <br><br> **JUDGMENT** |

Pursuant to the Court's Minute Order re Defendant's Motion for Summary Judgment [Doc #31], issued concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant Goleta Union School District against Plaintiff Craig Richter, who shall take nothing.

DATED: October 12, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE